# United States District Court
# For the District of Columbia

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION            )
       Plaintiff(s)            )        **APPEARANCE**
                               )
                               )
       vs.                     )        CASE NUMBER    1:07-CV-01867-JDB
URS KAMBER, STEPHAN HUSI and   )
RICHARD JOHN MAY               )
       Defendant(s)           )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Lawrence S. Robbins__ as counsel in this
                        (Attorney's Name)

case for: __STEPHAN HUSI__
          (Name of party or parties)

November 28, 2007
Date

/s/ Lawrence S. Robbins
Signature

Lawrence S. Robbins
Print Name

DC Bar # 420260
BAR IDENTIFICATION

Robbins Russell Englert Orseck Untereiner & Sauber LLP
1801 K St NW Ste 411-L
Address

Washington  DC  20006-1322
City        State    Zip Code

202/775-4500
Phone Number