UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                        Plaintiff,<br><br>      v.<br><br>URS KAMBER,<br>STEPHAN HUSI, and<br>RICHARD JON MAY,<br><br>                        Defendants. | No. 1:07-cv-01867 (JDB) |

# THE SEC'S PROOF OF SERVICE
# ON DEFENDANT URS KAMBER

Dated: Washington, D.C.
         January 8, 2008

Richard E. Simpson
Vincente L. Martinez
Attorneys for Plaintiff
Securities and Exchange
Commission
100 F Street, N.E.
Washington, D.C. 20549-4030
(202) 551-4492 (Simpson)
(202) 772-9246 (fax)
simpsonr@sec.gov

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION
100 F Street, NE
Washington, DC 20549-4030
Tel: (202) 551-4492

**SUMMONS IN A CIVIL CASE**

V.

URS KAMBER,
STEPHAN HUSI, and
RICHARD JON MAY

Case: 1:07-cv-01867
Assigned To : Bates, John D.
Assign. Date : 10/17/2007
Description: General Civil

TO: (Name and address of Defendant)

URS KAMBER
Wyhalde 10
3671 Herbligen
Switzerland

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard E. Simpson
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-4030

an answer to the complaint which is served on you with this summons, within ___TWENTY___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                     OCT 17 2007
_____             _____
CLERK                                       DATE

_____
(By) DEPUTY CLERK

# US-BEZIRKSGERICHT
## Bezirk Columbia

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION
100 F Street, NE
Washington, DC 20549-4030
Phone: +1 (202) 551-4492

gegen

URS KAMBER
STEPHAN HUSI und
RICHARD JON MAY

**GERICHTLICHE VORLADUNG
IN EINER ZIVILSACHE**

Aktenzeichen: 1:07-cv-01867
Zugewiesen an: Bates, John D.
Zuweisungsdatum: 17.10.2007
Beschreibung: Zivil - allgemein

An: (Name und Adresse des Beklagten)

URS KAMBER
Wyhalde 10
3671 Herblingen
Schweiz

**SIE WERDEN HIERMIT VORGELADEN** und sind verpflichtet, dem RECHTSANWALT DES KLÄGERS (Name und Adresse)

Richard E. Simpson
Securities and Exchange Commission
100 F. Street, N.E.
Washington, D.C. 20549-4030

innerhalb von ZWANZIG Tagen nach Zustellung dieser Vorladung (ohne Einbeziehung des Zustelldatums) eine Antwort auf die Ihnen mit dieser Vorladung zugestellte Klageschrift zu übermitteln. Sollten Sie dieser Aufforderung nicht nachkommen, wird ein Versäumnisurteil entsprechend dem Klageantrag gegen Sie ergehen. Alle Antworten, die Sie den an dieser Klage beteiligten Parteien zustellen, müssen innerhalb einer angemessenen Zeit nach der Zustellung beim Urkundsbeamten dieses Gerichts eingereicht werden.

*[Stempel:]* **NANCY MAYER-WHITTINGTON**
URKUNDSBEAMTIN

*[Stempel:]* **17. OKTOBER 2007**
DATUM

*[unleserliche Unterschrift]*
(i.V.) STELLVERTRETENDER URKUNDSBEAMTER

**U.S. Department of Justice**
United States Marshals Service



# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE
AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Richard E. Simpson, Attorney for<br>U.S. Securities and Exchange Commission<br>100 F Street, N.E.<br>Washington, D.C. 20549-4030<br>Attorney has authority to make this request pursuant to Rule 4 of the U.S. Federal Rules of Civil Procedure | Obergericht des Kantons Bern<br>Rechtshilfe<br>Hochschulstrasse 17<br>Postfach 7475<br>3001 Bern<br>Switzerland |

**The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,**
**(identity and address)**
*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:*
*(identité et adresse)*

URS KAMBER, Wyhalde 10, 3671 Herbligen, Switzerland

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes légales (article 5 alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

**The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.**
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summons & Complaint

Done at Washington, D.C.  , the 17 Oct. 2007
*Fait à                           , le*

Signature and/or stamp
*Signature et/ou cachet*

*Delete if inappropriate
*Rayer les mentions inutiles.*

Form USM-94
Est. 11/77
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
1) *que la demande a été exécutée*
   — the (date) — *le (date)* __13.11.2007__
   -- at (place, street, number) - *à (localité, rue, numéro)*
   __CH - 3671 Herbligen__

   -- in one of the following methods authorized by article 5:
   -- *dans une des formes suivantes prévues à l'article 5:*

   ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   a) *selon les formes légales (article 5. alinéa premier, lettre a)*

   ☐ (b) in accordance with the following particular method: __per Gerichtsurkunde__
   b) *selon la forme particulière suivante:*

   ☐ (c) by delivery to the addressee, who accepted it voluntarily.*
   c) *par remise simple.*

   The documents referred to in the request have been delivered to:
   *Les documents mentionnés dans la demande ont été remis à:*

   - (identity and description of person)
   - *(Identité et qualité de la personne)*

   _____

   - relationship to the addressee family, business or other
   - *liens de parenté de subordination ou autres avec le destinataire de l'acte:*

   _____

2) that the document has not been served, by reason of the following facts*:
2) *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pieces renvoyées*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at __Schlosswil__, the __15.11.2007__
*Fait à*                    , *le*

Signature and/or stamp    __J. Sommer__
*Signature et/ou cachet*

[Stamp: GERICHTSKREIS VII KONOLFINGEN * 3082 SCHLOSSWIL *]

# SUMMARY OF THE DOCUMENT TO BE SERVED
*ÉLÉMENTS ESSENTIELS DE L'ACTE*

**Convention on the service abroad of judicial and extrajudicial documents In civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:*

U.S. Securities and Exchange Commission, 100 F Street, N.E., Washington, D.C. 20549-4030

**Particulars of the parties:**
*Identité des parties:*

Securities & Exchange Comm'n is a U.S. gov't agency; Urs Kamber and Stephan Husi are Swiss residents.

## JUDICIAL DOCUMENT
*ACTE JUDICIA IRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

Summons (to appear in court); complaint (alleges violations of U.S. laws and requests relief).

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*

Civil enforcement action for injunction to stop securities violations and return of U.S. $3,363,000.

**Date and place for entering appearance:**
*Date et lieu de la comparution:*

The answer is due twenty days after service of the summons and complaint.

**Court which has given judgment**:**
*Juridiction qui a rendu la décision:*

The summons was issued by the United States District Court in Washington, D.C., U.S.A.

**Dale of judgment**:**
*Date de la décision:*

Summons was issued on October 16, 2007.

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte:*

An answer is due twenty days after service of the summons and complaint.

## EXTRAJUDICIAL DOCUMENT
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

**Time limits stated in the document:****
*Indication des délais figurant dans l'acte:*