UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : No. 1:07-cv-01867 (JDB) |
| URS KAMBER, STEPHAN HUSI, and RICHARD JON MAY, | : |
| Defendants. | : |

---

**THE SEC'S REPORT TO THE COURT
AS TO THE STATUS OF SERVICE
UPON DEFENDANT URS KAMBER**

The Securities and Exchange Commission hereby submits this Report to the Court as to the status of service upon defendant Urs Kamber in compliance with the Minute Order entered on December 31, 2007.

The SEC served Mr. Kamber with a summons and the complaint on November 17, 2007 pursuant to the Hague Convention On The Service Abroad Of Judicial And Extrajudicial Documents In Civil Or Commercial Matters. The SEC filed a proof of service on Kamber on January 6, 2008. (Docket No. 5) After being served with the summons and complaint, Kamber made a settlement offer that the staff of the Division of Enforcement has agreed to recommend to the Securities and Exchange Commission for its approval. In the meantime, the staff has agreed not to move for a default against Kamber until the Commission has decided whether or not to accept his settlement offer. Kamber is not participating in this action while his settlement offer is pending.

2

In summary, the staff and Kamber have reached an agreement in principle to settle the action against him, the staff is in the process of seeking Commission approval of his settlement offer, and the staff believes that in the near future the SEC will be filing a proposed consent judgment for the Court's review and approval.

Dated: Washington, D.C.                    Respectfully submitted,
       January 11, 2008

                                     /s/ Richard E. Simpson
                                     Richard E. Simpson (RS-5859)
Vincente L. Martinez
Attorneys for Plaintiff
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-4030
(202) 551-4492 (Simpson)
(202) 772-9246 (fax)
simpsonr@sec.gov

**CERTIFICATE OF SERVICE**

I, RICHARD E. SIMPSON, hereby certify that I caused a true and correct copy of the SEC'S REPORT TO THE COURT AS TO THE STATUS OF SERVICE UPON DEFENDANT URS KAMBER to be served on the attorneys on the Service List below by electronic mail on January 11, 2008.

/s/ Richard E. Simpson
Richard E. Simpson

**SERVICE LIST**

Bruce M. Bettigole
Mayer Brown LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3267
Attorney for Richard May


Alan R. Friedman
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9300
Attorney for Stephan Husi