UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>    v.<br><br>URS KAMBER, STEPHAN HUSI and RICHARD JON MAY,<br><br>             Defendants. | No. 1:07-cv-01867 (JDB) |

## **STIPULATION AND ORDER**

WHEREAS, the staff of the Division of Enforcement of the Securities and Exchange Commission and defendant Urs Kamber have reached an agreement in principle to settle the action against Mr. Kamber, and whereas the staff is in the process of seeking the Commission's approval of Mr. Kamber's settlement offer, and believes that the Commission will be filing in the near future a proposed consent judgment for the Court's review and approval,

IT IS HEREBY STIPULATED AND AGREED, between and among the undersigned that the time of defendant Urs Kamber to answer, move, or otherwise

Doc#: US1:5138313v1

respond to the Complaint is extended to and including April 1, 2008.

Dated: January 17, 2008

          PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
Moses Silverman
(D.C. Bar No. 364441)
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000 (phone)
(212) 492-0355 (fax)
msilverman@paulweiss.com

SECURITIES AND EXCHANGE COMMISSION

By: _____
Richard E. Simpson
Vincente L. Martinez
100 F Street, N.E.
Washington, D.C. 20549-4030
(202) 551-4492 (Simpson)
(202) 772-9246 (fax)
simpsonr@sec.gov