UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

       Plaintiff,

       v.

URS KAMBER,
STEPHAN HUSI, and
RICHARD JON MAY,

       Defendants.

Civil Action No.: 07 CIV 01867 (JDB)

Judge John D. Bates

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Pursuant to Local Civil Rule 44.1(d) of the Rules of the United States District Court for the District of Columbia, I, Lawrence S. Robbins, counsel of record for Defendant Stephan Husi, and a member in good standing of the bar of this Court, move for an order admitting Alan R. Friedman, Christiaan D. Johnson-Green, and Jessica J. Glass to appear *pro hac vice* as co-counsel on behalf of Stephen Husi.

The accompanying declarations of Alan R. Friedman, Christiaan D. Johnson-Green, and Jessica J. Glass are submitted in support of this motion.

- 2 -

Dated:  Washington, D.C.
        February 5, 2008

                ROBBINS RUSSELL ENGLERT ORSECK
                UNTEREINER & SAUBER LLP

                */s/ Lawrence S. Robbins*
                Lawrence S. Robbins (D.C. Bar No. 420260)
                1801 K Street Suite 411
                Washington, D.C. 20006
                Telephone: (202) 775-4500
                Facsimile: (202) 775-4510

                Of Counsel
                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                Alan R. Friedman (not admitted in D.C.)
                Christiaan Johnson-Green (not admitted in D.C.)
                Jessica Glass (not admitted in D.C.)
                1177 Avenue of the Americas
                New York, New York 10036
                Telephone: (212) 715-9100
                Facsimile: (212) 715-8000

                Attorneys for Defendant Stephan Husi

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES SECURITIES  
AND EXCHANGE COMMISSION,

        Plaintiff,

        v.

URS KAMBER,  
STEPHAN HUSI, and  
RICHARD JON MAY,

        Defendants.

Civil Action No.: 07 CIV 01867 (JDB)

Judge John D. Bates

---

    I, Alan R. Friedman, hereby declare:

    1.    I am a member of the firm Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, counsel to Stephan Husi. Pursuant to the Local Civil Rule 82.3(d), I respectfully submit this declaration in support of my application for admission *pro hac vice* to this Court.

    2.    I am a member in good standing of the bar of the State of New York. I am also admitted to practice before the Supreme Court of the United States, the District of Columbia Circuit, the First, Second, Third, Ninth and Eleventh Circuit Courts of Appeals, the District Courts for the Southern, Eastern and Northern Districts of New York, and the United States Tax Court.

- 2 -

3.  I have not been disbarred or suspended, and I am not the object of any pending disciplinary proceedings in any jurisdiction where I have been admitted generally, *pro hoc vice*, or in any other way.

4.  I have not been admitted *pro hac vice* to this Court within the last two years and do not engage in the practice of law from an office located in the District of Columbia.

Pursuant to 28 U.S.C. §1746, I certify under penalty of perjury that the foregoing is true and correct. Executed this 25th day of January, 2008.

           */s/ Alan R. Friedman*
           Alan R. Friedman

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

        Plaintiff,

        v.

URS KAMBER,
STEPHAN HUSI, and
RICHARD JON MAY,

        Defendants.

Civil Action No.: 07 CIV 01867 (JDB)

Judge John D. Bates

---

I, Christiaan D. Johnson-Green, hereby declare:

1. I am an associate of the firm of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, counsel to Stephan Husi. Pursuant to the Local Civil Rule 83.3(d), I respectfully submit this declaration in support of my application for admission *pro hac vice* to this Court.

2. I am a member in good standing of the bar of New York.

3. I have not been disbarred or suspended, and I am not the object of any pending disciplinary proceedings in any jurisdiction where I have been admitted generally, *pro hac vice*, or in any other way.

4. I have not been admitted *pro hac vice* to this Court within the last two years and do not engage in the practice of law from an office located in the District of Columbia.

KL3 2637566.1

- 2 -

Pursuant to 28 U.S.C. §1746, I certify under penalty of perjury that the foregoing is true and correct. Executed this 31st day of January, 2008.

*[signature]*

Christiaan D. Johnson-Green

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------
UNITED STATES SECURITIES                 x
AND EXCHANGE COMMISSION,                 :
                                         :
                                         :
             Plaintiff,                  :
                                         :      Civil Action No.: 07 CIV 01867 (JDB)
        v.                               :
                                         :      Judge John D. Bates
URS KAMBER,                              :
STEPHAN HUSI, and                        :
RICHARD JON MAY,                         :
                                         :
             Defendants.                 :
                                         x
---------------------------------------------------------

I, Jessica J. Glass, hereby declare:

1.   I am a member of the firm of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, counsel to Stephan Husi. Pursuant to the Local Civil Rule 82.3(d), I respectfully submit this declaration in support of my application for admission *pro hac vice* to this Court.

2.   I am a member in good standing of the bar of New York. I am also admitted to practice before the United States Court of Appeals for the Second Circuit and the District Courts for the Southern and Eastern Districts of New York.

3.   I have not been disbarred or suspended, and I am not the object of any pending disciplinary proceedings in any jurisdiction where I have been admitted generally, *pro hoc vice*, or in any other way.

KL3 2638847 1

4. I have not been admitted *pro hac vice* to this Court within the last two years and do not engage in the practice of law from an office located in the District of Columbia.

Pursuant to 28 U.S.C. §1746, I certify under penalty of perjury that the foregoing is true and correct. Executed this 1st day of February, 2008.

*/s/ Jessica J. Glass*
Jessica J. Glass

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

- 2 -

KL3 2638847.1