UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>        v.<br><br>URS KAMBER, et al.,<br><br>    Defendants. | Civil Action No.  07-1867 (JDB) |

## SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference held with the Court on February 22, 2008, and the Joint Rule 16.3 Report previously submitted by the parties, it is hereby **ORDERED** as follows:

1. All initial disclosures shall be completed by not later than February 29, 2008.

2. The deadline for motions to amend the pleadings or joinder of parties is March 7, 2008.

3. Discovery shall take place on a bifurcated basis.  Fact discovery shall close by not later than September 30, 2008.  Expert discovery shall close by not later than December 17, 2008.

4. Summary judgment motions are due by not later than January 30, 2009. Oppositions thereto are due by not later than March 2, 2009.  Replies thereto are due by not later than March 16, 2009.

5. Designation of experts pursuant to Fed. R. Civ. P. 26(a)(2) is due by not later than October 31, 2008.  Designation of all rebuttal experts is due by not later than

November 26, 2008.

6. Depositions shall commence not earlier than April 22, 2008. Plaintiff shall be permitted to take thirty (30) depositions. Defendants shall also be permitted to take thirty (30) depositions collectively. Plaintiff shall be allotted not more than seven (7) hours per deposition. Defendants shall be allotted not more than fourteen (14) hours per deposition collectively.

7. Each party shall be limited to not more than forty (40) of each the following written discovery requests: requests for production of documents; requests for admissions; and written interrogatories.

8. A status conference is scheduled for October 2, 2008 at 12:30 p.m.

**SO ORDERED**.

      /s/ John D. Bates
      JOHN D. BATES
      United States District Judge

Date: February 22, 2008