UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED

FEB 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SECURITIES AND EXCHANGE COMMISSION,

                                    Plaintiff,

                v.

URS KAMBER,
STEPHAN HUSI, and
RICHARD JON MAY,

                                Defendants.

No. 1:07-cv-01867 (JDB)

**PROPOSED ORDER
DIRECTING ISSUANCE OF
LETTERS OF REQUEST**

John D. Bates, *District Judge*.

       This matter having come on for hearing upon the motion of defendant Stephan Husi, for letters of request to compel the production of documents by PricewaterhouseCoopers A.G. and deposition of Rene Rausenberger, and it appearing that such letters of request are appropriate,

       Now therefore, it is hereby ordered that the Clerk of this Court shall issue the letters of request attached to this order.

       SO ORDERED.

Dated: February 22, 2008

                                                      John D. Bates
                                         United States District Judge