UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>      v.<br><br>URS KAMBER, STEPHAN HUSI and RICHARD JON MAY,<br><br>              Defendants. | No. 1:07-cv-01867 (JDB) |

### STIPULATION AND ORDER

WHEREAS, the staff of the Division of Enforcement of the Securities and Exchange Commission and defendant Urs Kamber have reached an agreement in principle to settle the action against Mr. Kamber, and have previously stipulated that the time of Mr. Kamber to answer, move, or otherwise respond to the Complaint is extended to and including April 1, 2008 pending the Commission's approval of Mr. Kamber's settlement offer, and whereas the staff continues to be in the process of seeking such approval and believes that the Commission will be filing in the near future a proposed consent judgment for the Court's review and approval,

IT IS HEREBY STIPULATED AND AGREED, between and among the undersigned that the time of defendant Urs Kamber to answer, move, or otherwise

respond to the Complaint is extended to and including June 2, 2008.

Dated: March 27, 2008

                                            PAUL, WEISS, RIFKIND, WHARTON &
                                            GARRISON LLP

By: _____
     Moses Silverman
     (D.C. Bar No. 364441)
     1285 Avenue of the Americas
     New York, New York 10019
     (212) 373-3000 (phone)
     (212) 492-0355 (fax)
     msilverman@paulweiss.com

SECURITIES AND EXCHANGE
COMMISSION

By: _____
     Richard E. Simpson
     Vincente L. Martinez
     100 F. Street, N.E.
     Washington, D.C. 20549-4030
     (202) 551-4492 (Simpson)
     (202) 772-9246 (fax)
     simpsonr@sec.gov