UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>                    Plaintiff,<br><br>v.<br><br>URS KAMBER,<br>STEPHAN HUSI, and<br>RICHARD JON MAY,<br><br>                    Defendants. | No. 1:07-cv-01867 (JDB)<br><br>(ECF FILED) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned, appearing on behalf of plaintiff, United States Securities and Exchange Commission, in the above-captioned action, hereby requests electronic notification of all papers filed with the Court by notice upon the following email address: martinezv@sec.gov.

Dated: March 28, 2008

                                                    Vincente L. Martinez
                                                    United States Securities
                                                      and Exchange Commission
                                                    100 F Street, NE
                                                    Washington, DC 20549
                                                    Tel:   (202) 551-4547
                                                    Fax:   (202) 772-9231
                                                    email: martinezv@sec.gov
                                                    DC Bar Number: 464898

                                                    By: _____
                                                          Vincente L. Martinez