UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : No. 1:07-cv-01867 (JDB) |
| URS KAMBER, STEPHAN HUSI, and RICHARD JON MAY, | : |
| Defendants. | : |

**JOINT MOTION OF DEFENDANT STEPHAN HUSI
AND THE SEC FOR A LIMITED EXTENSION OF TIME
AND/OR MODIFICATION OF THE SCHEDULING ORDER**

Defendant Stephan Husi and plaintiff Securities and Exchange Commission respectfully move this Court for a limited extension of time and/or modification of the Scheduling Order in this civil action for a period of seven days for the sole purpose of taking Mr. Husi's deposition in the United States. The bases for this motion are:

1. The parties anticipated that the SEC would take the voluntary deposition of Mr. Husi, who is a Swiss national residing in Switzerland, in Bern, Switzerland on July 23 and 24, 2008, pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, T.I.A.S. 7444, 23 U.S.T. 2555 (1972).

2. It has recently come to the SEC's attention that the Swiss authorities have denied permission for taking Mr. Husi's deposition in Switzerland.

3. Mr. Husi has consented to have his deposition taken in the United States but he is not available to travel to this country and be deposed in the United States on the originally-scheduled

dates of July 23 and 24, 2008.

    4.  Conflicting schedules of the attorneys in this action and the depositions already scheduled in August and September and religious holidays at the end of September have made it impossible for Mr. Husi's counsel to find alternative dates for Mr. Husi's deposition prior to the September 30, 2008 discovery cut-off.

    5.  Mr. Husi is available to be deposed in the United States on October 6 and 7, 2008, and the SEC is available to depose him on those dates. Counsel for defendant Richard May is also available.

6. The undersigned have contacted counsel for Mr. May, who has indicated that he has no objection to the granting of this motion.

Accordingly, Mr. Husi and the SEC respectfully and jointly seek a limited extension of time and/or a modification of the Scheduling Order solely to permit the deposition of Mr. Husi to be taken in the United States on October 6 and 7, 2008.

Dated:  July 7, 2008                                       Respectfully submitted,


                                                           /s/ *Alan R. Friedman*
                                                           Alan R. Friedman (*pro hac vice*)
                                                           Kramer Levin Naftalis & Frankel LLP
                                                           1177 Avenue of the Americas
                                                           New York, New York 10036
                                                           Telephone:  (212) 715-9100
                                                           Facsimile:  (212) 715-8000
                                                           AFriedman@KRAMERLEVIN.com
                                                           Attorneys for defendant Stephan Husi



                                                           /s/ *Richard E. Simpson*
                                                           Richard E. Simpson
                                                           Attorney for Plaintiff
                                                           Securities and Exchange
                                                           Commission
                                                           100 F Street, N.E.
                                                           Washington, D.C. 20549-4030
                                                           Telephone:  (202) 551-4492
                                                           Facsimile:  (202) 772-9246
                                                           simpsonr@sec.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2008, I electronically filed the foregoing JOINT MOTION OF DEFENDANT STEPHAN HUSI AND THE SEC FOR A LIMITED EXTENSION OF TIME AND/OR MODIFICATION OF THE SCHEDULING ORDER using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

bbettigole@mayerbrown.com
Bruce M. Bettigole
Mayer Brown LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3267
Attorneys for defendant Richard May

afriedman@kramerlevin.com
Alan R. Friedman
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
Attorneys for defendant Stephan Husi

/s/ *Richard E. Simpson*
Richard E. Simpson
Attorney for Plaintiff
Securities and Exchange
Commission
100 F Street, N.E.
Washington, D.C. 20549-4030
(202) 551-4492 (Simpson)
(202) 772-9246 (fax)
simpsonr@sec.gov